## STATE OF CONNECTICUT *v.* THOMAS J. FARRELL
## (AC 16040)

Landau, Schaller and Hennessy, Js.

Argued October 31—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## WILLIAM F. BENNETT *v.* DAVID A. GIBSON
## (AC 16608)

Foti, Landau and Daly, Js.

Argued November 3—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* KAREEM FARRIOR
## (AC 16324)

O'Connell, C. J., and Lavery and Spear, Js.

Argued November 6—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MARLIK MOURNING
## (AC 16679)

Schaller, Dupont and Daly, Js.

Argued November 6—officially released December 2, 1997

Per Curiam. The judgment is affirmed.